# Exhibit 1

**U.S. Department of Education**
Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

# Fulbright-Hays Doctoral Dissertation Research Abroad Fellowship Program

**CFDA # 84.022A**
**PR/Award # N/A**

OMB No. 1840-0005, Expiration Date: 07/31/2023
Closing Date:04/06/2022 4:30:00 PM

PR/Award # N/A

# Table of Contents

Table of Contents .................................................................................................................................. 2

Dear Applicant Letter ........................................................................................................................... 3

Competition Highlights......................................................................................................................... 6

Notice Inviting Applications ................................................................................................................. 8

Authorizing Legislation ........................................................................................................................ 9

Doctoral Dissertation Research Abroad Regulations ....................................................................... 12

Government Performance and Results Act...................................................................................... 18

Guidance for Developing an Evaluation Plan ................................................................................... 20

Guidelines for Applicant Institutions ................................................................................................. 25

Frequently Asked Questions for Project Directors........................................................................... 28

Institutional DDRA Project Directors ................................................................................................ 32

Technical Review Form ..................................................................................................................... 36

Guidelines for Student Applicants .................................................................................................... 39

Frequently Asked Questions for Student Applicants....................................................................... 49

Fulbright-Hays Maintenance Allowances ........................................................................................ 55

Fulbright-Hays Doctoral Dissertation Research Abroad Program FY 2022 Application Checklist................................. 89

G5 e-Application Submission Procedures and Tips for Applicants ................................................ 91

IRB Information for Student Applicants............................................................................................ 95

SF-424 INSTRUCTIONS .................................................................................................................. 98

ED Supplemental Information for the SF-424* ..............................................................................101

SF-LLL Instructions ..........................................................................................................................107

Application for Federal Assistance SF-424....................................................................................109

SUPPLEMENTAL INFORMATION REQUIRED FOR DEPARTMENT OF EDUCATION GRANTS ......................................112

OPE- Fulbright-Hays Item #22 ........................................................................................................113

Standard Form 424B ASSURANCES - NON-CONSTRUCTION PROGRAMS ..........................114

ED 80-0013 CERTIFICATION.........................................................................................................117

Disclosure of Lobbying Activities ....................................................................................................118

Fulbright-Hays Doctoral Dissertation Research Abroad Program (Form #022) ..........................120

OPE-Fulbright-Hays Graduate Student Ref Form(022) ................................................................124

FULBRIGHT-HAYS GRADUATE STUDENT REFEREE FORM ..................................................125

OPE-Fulbright-Hays Foreign Language Reference Form ............................................................126

FULBRIGHT-HAYS FOREIGN LANGUAGE REFEREE FORM ..................................................127

FULBRIGHT-HAYS STATEMENT OF ASSENT............................................................................128

FULBRIGHT-HAYS STATEMENT OF RELEASE .........................................................................129

# Dear Applicant Letter



## UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF POST SECONDARY EDUCATION

Dear Applicant:

Thank you for your interest in applying for a fiscal year 2022 (FY 22) grant award under the Fulbright-Hays Doctoral Dissertation Research Abroad (DDRA) program. This application booklet includes the instructions and forms required to submit a complete application package to the U.S. Department of Education (the Department).

Institutional grants awarded under the DDRA program enable U.S. institutions of higher education (IHEs) to provide fellowships to meritorious doctoral students who propose to conduct dissertation research overseas for a period of 6 - 12 months. To be eligible for DDRA fellowships, doctoral students must be admitted to candidacy in modern foreign languages and area studies programs at U.S. IHEs.

While we encourage you to read the entire application package carefully before preparing your application, this cover letter provides the following highlights for your consideration:

- Information about the DDRA program is accessible on the U.S. Department of Education's Web site at: http://www.ed.gov/programs/iegpsddrap/index.html

- The FY 22 Notice Inviting Applications (NIA) published in the Federal Register contains the official requirements for the competition. Applicants should not rely upon any information that is inconsistent with the official NIA document.

- The "Competition Highlights" includes the absolute, competitive preference and invitational priorities and provides additional details about the competition.

- U.S. IHEs are the legal applicants under the DDRA program. Although the fellowships are subsequently awarded to students, only IHEs are eligible applicants and potential grantees.

- The project directors at the applicant IHEs must be registered in the G5 e-Application system in order to submit the institutional applications on behalf of your doctoral students. The registration requirements and procedures are included in the application booklet.

The list of DDRA institutions and program project directors currently registered in the G5 e-Application system is included in the application booklet. If your institution is not listed, or your project director has changed, please contact Dr. Pamela J. Maimer at ddra@ed.gov with the new project director's contact information as soon as possible.

The Department strongly encourages electronic submission of all FY 22 grant applications. You may access the Department's G5 e-Application system using the portal page at: www.G5.gov

Please be advised that electronic submission of applications via the G5 e-Application system is required unless you qualify for one of the exceptions described in the Notice Inviting Applications. If you think you may need

an exception, please review the exception requirements early on your application preparation process.

And finally, applications must be submitted on or before the deadline date. Late applications will not be considered, and applicants cannot submit any changes or additions to their applications after the deadline date. The Department is required to enforce the established deadline to ensure fairness to all applicants.

We look forward to receiving your application and appreciate your efforts to strengthen U.S. capacity in international and foreign language expertise and prepare students with the global competencies needed to meet today's global challenges.

Sincerely,

/s/

Cheryl E. Gibbs
Senior Director
International and Foreign Language Education

# Technical Review Form

*Quality of Proposed Project - Quality of Proposed Project (60 points)*

**Quality of Proposed Project - The Secretary reviews each application to determine the quality of the research project proposed by the applicant. The Secretary considers:**

1. **The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used. (15 points)**

    Strength:

    Weakness

    Reader's Score:

2. **The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline. (10 points)**

    Strength:

    Weakness

    Reader's Score:

3. **The preliminary research already completed in the United States and overseas or plans for such research prior to going overseas, and the kinds, quality and availability of data for the research in the host country or countries. (10 points)**

    Strength:

    Weakness

    Reader's Score:

4. **The justification for overseas field research, and preparations to establish appropriate and sufficient research contacts and affiliations abroad. (10 points)**

    Strength:

    Weakness

    Reader's Score:

5. **The applicant's plans to share the results of the research in progress and a copy of the dissertation with scholars and officials of the host country or countries. (5 points)**

   Strength:

   Weakness

   Reader's Score:

6. **The guidance and supervision of the dissertation advisor or committee at all stages of the project, including guidance in developing the project, understanding research conditions abroad, and acquainting the applicant with research in the field. (10 points)**

   Strength:

   Weakness

   Reader's Score:

*Qualifications of the Applicant – (40 points)*

**Qualifications of the Applicant - The Secretary reviews each application to determine the qualifications of the applicant. The Secretary considers:**

1. **The overall strength of the applicant's graduate academic record. (10 points)**

   Strength:

   Weakness

   Reader's Score:

2. **The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project. (10 points)**

   Strength:

   Weakness

   Reader's Score:

3. **The applicant's proficiency in one or more of the languages (other than English and the applicant's native language) of the country or countries of research, and the specific measures to be taken to overcome any anticipated language barriers. (15 points)**

   Strength:

   Weakness

      Reader's Score:

4. **The applicant's ability to conduct research in a foreign cultural context, as evidenced by the applicant's references or previous overseas experiences, or both. (5 points)**

      Strength:

      Weakness

      Reader's Score:

**General Comments –**

**General Comments Please provide general comments.**

*Priority Questions*

**Competitive Preference Priority 1--Focus on Less Commonly Taught Languages (2 points).**

**A research project that focuses on any modern foreign language except French, German, or Spanish.**

**Competitive Preference Priority 2--Thematic Focus on Academic Fields (2 points).**

**Applications that propose dissertation research projects in modern foreign languages and area studies with an academic focus on any of the following academic fields: science (including climate change), technology, engineering (including infrastructure studies), mathematics, computer science, education (comparative or international), international development, political science, public health (including epidemiology), or economics.**

Note: Applicants that address Competitive Preference Priority 2 must intend to engage in full-time dissertation research abroad in modern foreign languages and area studies with a thematic focus on any one of the academic fields referenced above.

**<u>Competitive Preference Priority 3: Focus on Minority-Serving Institutions (2 points). Projects proposed by one of the following entities:</u>**

- Historically Black colleges and universities: Colleges and universities that meet the criteria set out in 34 CFR 608.2.

- Minority-Serving Institutions: An institution that is eligible to receive assistance under sections 316 through 320 of part A of title III, under part B of title III, or under title V of the of the Higher Education Act (HEA) of 1965.

- Tribal colleges or universities: An institution eligible to receive assistance in section 316(b)(3) of the HEA.

      b. Host country visa requirements (it is recommended that applicants review host country visa requirements before applying) Feasibility of research
      c. Safety and security concerns
      d. The use of English that can readily be understood by well-educated non-specialists.

Awards are not made to applicants planning to conduct research on topics that are determined to be politically sensitive or unfeasible by the U.S. Embassy or Fulbright Commission in the host country. It should also be noted that the U.S. Department of Education will not submit to the host country "dummy" proposals (i.e., proposals that do not accurately reflect the research purpose in the hope of avoiding difficulties with host country acceptance of the proposal).

When writing the narrative students should have a well-thought out hypothesis; use well-defined terms and variables. The proposed research should be based on solid reasoning and previous research. It should pose a specific research question with a predicted outcome and a reasonable scope given the time to completion.

2. The bibliography must be uploaded as an attachment into the G5 grant management system. **Please note the page limitations specified in the <u>Federal Register</u> notice.**

3. Host country supporting materials must be uploaded as an attachment into the G5 e-Application system. Host country supporting materials refers to letters of invitation, affiliation, etc. Though not required for the application, this information only serves to strengthen an application. All host country supporting materials must be combined into one document for uploading into the G5 e-Application system.

4. Transcripts must be uploaded as an attachment into the G5 e-Application system. All transcripts must be combined into one document for uploading into the G5 e-Application system. Remove all personally identifiable information, including social security numbers, birthdate, student IDs or addresses prior to uploading documents.

5. Please note the following tips related to attaching images of transcripts to your application: Make a copy of the original file before continuing.
      a. Crop the image using any standard image editing tool and remove any unnecessary portions of the picture.
      b. Change the overall pixel dimensions to go smaller either by "Image Size," "Resize," or "Resample". Try to make the image dimension closer to 640 x 480 pixel (approximately 4 x 7 image size). This will make the image smaller and easy for sharing.
      c. After sizing the image, be sure to do a Save As so you don't overwrite your original file. Save the image as a JPEG or JPG file.
      d. When choosing the compression level, keep quality in the medium to high range. You may want to target a file size of 30 to 100 KB per image. Try not to exceed 100 KB per image.
      e. Once the images have been resized and saved as JPEG/JPG format, they will have a small size compared to the original files. Use these new images to create the final document in PDF format.

*Instructions for Fulbright-Hays Foreign Language Reference Form*

The language reference form, which is required for this program, should be completed by a

specialist in the language. Student applicants must initiate an e-mail to their referring specialists via the G5 e-Application system. Upon receipt of this e-mail, the reference will be able to access the G5 e-Application system and complete the reference form. When the reference submits the form, it will automatically become part of the student's application, so that it is submitted to US/ED when the Project Director transmits the entire application package. All completed reference forms must be submitted to the Project Director for transmittal to US/ED via G5 e-Application. Do not submit your references directly to US/ED, as they will not be accepted or included with your application. **Please remind your reference writer to submit the form by the internal deadline set by your institutional Project Director. The G5 e-Application system will not accept submission from web/email accounts and servers not located in the United States.**

A completed reference for each language listed in item 9 of the **Fulbright-Hays Foreign Language Reference Form** must be submitted.

*Special Note on Language Acquisition*

If an applicant is a native speaker or a heritage language speaker, this should be reflected in the application. The term native speaker means a person who has spoken the language in question from earliest childhood and remains fluent in that language. The term "heritage" speaker is used to refer to a student who is raised in a home where a non-English language is spoken, who speaks or merely understands the heritage language, and who is to some degree bilingual in English and the heritage language, but lacks native level fluency in writing, speaking, and understanding in that language. In most cases, the heritage speaker will have attended schools in which the principal language of instruction is English rather than the language spoken at home. Applicants who self-identify as a heritage speaker will be evaluated according to their proficiency scores in the application. We recommend that students list their language acquisition status in their CV to clarify their status (native speaker, non-native speaker, heritage speaker). It is the student's responsibility to ensure their language acquisition status is clear in the application. During the review process, if the language learner status is not clear in the application, the reviewers will score as they feel appropriate based on the information provided.

Please be aware that in our regulations under §662.21 (c)(3), native speakers are not eligible for points (Criterion 3 under "Qualifications of the Applicant"). Heritage speakers may be eligible for up to 10 points, provided that (1) self identifies as a heritage language speaker; (2) the applicant provides information on their primary and secondary education location and primary language of instruction; (2) additionally the applicant must be rated by their Foreign Language Referee as advanced or expert level in language proficiency scores. The reasoning behind this scoring is that the DDRA program is intended to enhance the foreign language competence of individuals trained in American schools, and the criterion gives greater emphasis to having acquired a foreign language and would encourage students to acquire an additional foreign language.

*Instructions for Fulbright-Hays Graduate Student Reference Form*

One of the three personal references must be obtained from the student's dissertation advisor. Student applicants must initiate an e-mail to their references via the G5 e-Application. Upon receipt of this e-mail, the reference will be able to access the G5 e-Application system and