# Exhibit 2

# FULBRIGHT-HAYS FOREIGN LANGUAGE REFEREE FORM

FULBRIGHT-HAYS FOREIGN LANGUAGE REFERENCE FORM
U.S. DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20006-8521

**Name of Individual Applicant:**
**Name of Institution:**
**Countries of Research:**
**Language:**
**Proposed Project Title**:

To be completed by a college/university language teacher and sent to the contact person at the applicant's college or university. Under Section 552a(d) of the Privacy Act, the content of this form is subject to review by the applicant and others accompanying him or her, upon request.

**Speaking and Listening (check one)**
○ Unable to function in the spoken language
○ Able to satisfy basic survival needs and maintain very simple conversation on familiar topics
○ Able to satisfy routine social demands and limited work requirements
○ Able to participate effectively in most formal and informal conversations on practical and social topics and on professional topics in restricted contexts
○ Able to use the language fluently and accurately on all levels pertinent to professional needs
○ Use of the language is functionally equivalent to a well-educated native speaker

**Reading (check one)**
○ No practical ability to read language
○ Sufficient comprehension to read very simple connected written material in a form equivalent to usual printing or typescript
○ Sufficient comprehension to read simple, authentic text on subjects within a familiar context
○ Able to read within a normal range of speed and with almost complete comprehension a variety of authentic prose material on unfamiliar subjects, as well as technical material
○ Able to read fluently and accurately all styles and forms of the language pertinent to professional needs, including all materials in one's special field
○ Reading proficiency is functionally equivalent to a well-educated native speaker

**Writing (check one)**
○ No functional ability in writing
○ Sufficient control of the writing system to meet limited demands
○ Sufficient control of the writing system to meet most survival needs and limited social demands
○ Ability to write with some precision and in some detail about most common topics
○ Able to use the language effectively in most formal and informal written exchanges on practical, social, and professional topics
○ Writing proficiency is equal to that of a well-educated native speaker

**Please indicate briefly how your evaluation was determined (e.g., two years of coursework, a test, etc.)**

File:

**Name:**

**Position or Title:**

**University:**

**Date:**