Exhibit 5

Status:     Submitted
Last Updated:    06/07/2021 11:16 AM

# Technical Review Coversheet

**Applicant:**   Samar  Ahmad (P022A210053-002)
**Reader #2:**      **********

|  | Points Possible | Points Scored |
|---|---|---|
| **Questions** | | |
| **Quality of Proposed Project** | | |
|   **Quality of Proposed Project** | | |
|     1. Proposed Project | 60 | 52 |
| **Qualifications of the Applicant** | | |
|   **Qualifications of the Applicant** | | |
|     1. Applicant | 40 | 25 |
| **General Comments** | | |
|   **General Comments** | | |
|     1. General Comments | 0 | 0 |
| **Priority Questions** | | |
| **Competitive Preference Priority** | | |
|   **Priority Languages** | | |
|     1. Preference Priority | 2 | 2 |
|   **Academic Fields** | | |
|     1. Preference Priority | 3 | 3 |
| **Total** | 105 | 82 |

# Technical Review Form

**Panel #7 - Near East - 1: 84.022A**

**Reader #2:** **********

**Applicant:** Samar  Ahmad (P022A210053-002)

**Questions**

**Quality of Proposed Project - Quality of Proposed Project**

1. **Quality of Proposed Project - The Secretary reviews each application to determine the quality of the research project proposed by the applicant. The Secretary considers:**

**Reader's Score:** 52

**Sub**

1. **The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used.**

   **Strengths:**

   The questions raised by the applicant are clearly stated. Specifically, the research project focuses on rectifying the historical exclusion of women from accounts of Black September, by exploring the various ways women acted in the Palestinian resistance and in Jordanian society more broadly in the late 1960s and early 1970s. The applicant seeks to do so to improve scholarly understanding of the failure of the Palestinian liberation movement; understanding conflicts such as Black September will demonstrate how different Palestinian factions shaped the movement's long-term strategy and actions. Overall, the research methods are described clearly and seem to support the success of the project.

   **Weaknesses:**

   The applicant states that oral history allows scholars to pay attention to forms of actions that are not "public" in a traditional sense. Further explanation would be helpful here, as to what public means.

   **Reader's Score:** 14

2. **The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline.**

   **Strengths:**

   The applicant cites a number of works that deal with the erasure of women from political struggle in the Middle East and North Africa. These works indicate a clear pattern both in scholarship and in area studies and offer opportunities to enrich the applicant's study. The topic's focus on Black September is also original and incredibly important for both Palestinian Studies and for the country of Jordan.

Sub

**Weaknesses:**

Some of the examples cited in the literature section seem misplaced and cause the proposal to veer away from the topic of the Middle East and North Africa. In short, the discussion's movement from Algerian women to the Black Panthers and Angela Davis appears disjointed to this reader. The section would be greatly improved by a more narrow, context-specific and evidence-based approach.

**Reader's Score:** 7

3. **The preliminary research already completed in the United States and overseas or plans for such research prior to going overseas, and the kinds, quality and availability of data for the research in the host country or countries.**

   **Strengths:**

   The applicant aims to carry out preliminary research in the National Archives and the Library of Congress in Washington, D.C. This is because the United States played a central role in Black September supporting the Jordanian monarchy and mediating between Jordan and Israel. Examining newspapers, correspondences, and telegrams at these sites will provide the applicant a better understanding of the relationships of these countries and their influence on the event. The applicant also lays out a research plan and methodology for the future research in Jordan, the host-country.

   **Weaknesses:**

   The applicant has identified 30 women to interview who lived through the events of Black September as fighters, teachers, mobilizers, and advocates for women's rights. Although she indicates that these women come from diverse socioeconomic and political backgrounds, the applicant does not provide a rationale for the selection of these subjects. She only indicates that their names came to her through various channels of people who believe in the applicant's work. A rationale would be appropriate.

   **Reader's Score:** 8

4. **The justification for overseas field research, and preparations to establish appropriate and sufficient research contacts and affiliations abroad.**

   **Strengths:**

   The applicant aims to conduct 12 months of research in in Jordan traveling between Amman, Zarqa, and Irbid, visiting various research sites and conducting interviews of women. the need for overseas field research is reasonable. In addition, the applicant has connected with Dr. Sara Ababneh, Assistant Professor at the University's Center for Strategic Studies, and secured a research affiliation with the library at the University of Jordan.

   **Weaknesses:**

   None noted.

   **Reader's Score:** 10

5. **The applicant's plans to share the results of the research in progress and a copy of the dissertation with scholars and officials of the host country or countries.**

   **Strengths:**

   The applicant intends to share the research with colleagues in Jordan through workshops, publications, and presentations. In Jordan, she plans to share research findings at Sijal, an institute of Arabic language and culture; Shoman Public Library; the American Center of Research, and the Center for Strategic Studies (CSS).

**Sub**

**Weaknesses:**

The applicant does not mention sharing a copy of the dissertation with scholars and officials of the host country.

**Reader's Score:**      3

6. **The guidance and supervision of the dissertation advisor or committee at all stages of the project, including guidance in developing the project, understanding research conditions abroad, and acquainting the applicant with research in the field.**

    **Strengths:**

    Both the proposal and the recommendation letters indicate the strong investment of the faculty in this project and their role in its development at all stages.

    **Weaknesses:**

    None noted.

    **Reader's Score:**      10

**Qualifications of the Applicant - Qualifications of the Applicant**

1. **Qualifications of the Applicant - The Secretary reviews each application to determine the qualifications of the applicant. The Secretary considers:**

**Reader's Score:**      25

**Sub**

1. **The overall strength of the applicant's graduate academic record.**

    **Strengths:**

    The applicant's graduate academic record is excellent.

    **Weaknesses:**

    None noted.

    **Reader's Score:**      10

2. **The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project.**

    **Strengths:**

    The applicant's academic record does indeed demonstrate a strength in area studies relevant to the proposed project.

**Sub**

**Weaknesses:**

None noted.

**Reader's Score:**     10

3. **The applicant's proficiency in one or more of the languages (other than English and the applicant's native language) of the country or countries of research, and the specific measures to be taken to overcome any anticipated language barriers.**

   **Strengths:**

   None noted.

   **Weaknesses:**

   In the CV, the applicant identifies as a native speaker of Arabic. This is supported by the recommendation letters and language evaluation letters.

   **Reader's Score:**     0

4. **The applicant's ability to conduct research in a foreign cultural context, as evidenced by the applicant's references or previous overseas experiences, or both.**

   **Strengths:**

   The applicant has previous overseas research experience in Jordan. In addition, the applicant successfully completed a Masters program in the UK, indicating her ability to thrive in a foreign environment.

   **Weaknesses:**

   None noted.

   **Reader's Score:**     5

# General Comments - General Comments

1. Please provide general comments.

   **General:**

   This project is original and important both for Palestinian Studies as well as Area Studies. The applicant aims to center the experience of women in the historical event of Black September and offers a multi-faceted and reasonable research plan. There are some gaps in the proposal, which, if filled, would improve the quality of the proposal. These gaps include a rationale for the research subjects, a justification of the sample size, and a more nuanced discussion of the erasure of women from political struggles in the Middle East and North Africa.

**Reader's Score:**     0


# Priority Questions

# Competitive Preference Priority - Priority Languages

1. We award an additional two (2) points to an application if it meets this priority:

**A research project that focuses on any modern foreign language except French, German, or Spanish.**
**Note: The score will be EITHER TWO (2) OR ZERO (0). Do not enter any other number.**

**General:**

Applicant meets this priority.

**Reader's Score:**     2


**Competitive Preference Priority - Academic Fields**

1. **We award an additional three (3) points to an application if it meets this priority:**

   **A research project conducted in the field of science, technology, engineering, mathematics, computer science, education (comparative or international), international development, political science, public health, or economics.**
   **Note:  Applicants that address Competitive Preference Priority 2 must intend to engage in full-time dissertation research abroad in modern foreign languages and area studies with a thematic focus on any one of the academic fields referenced above.**
   **Note: The score will be EITHER THREE (3) OR ZERO (0). Do not enter any other number.**

   **General:**

   Applicant meets this priority.

**Reader's Score:**     3

---

**Status:**         Submitted
**Last Updated:**   06/07/2021 11:16 AM