# Exhibit 6



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF POSTSECONDARY EDUCATION

Reference: P022A210053 Samar Ahmad
Katie Li
Georgetown University
37th and O Streets, NW
Washington, DC 20057

Dear Dr. Li:

The request to adjust the score for applicant Samar Ahmad has been reviewed. After evaluation, the decision was made that the oversight of the graduate transcripts by the reviewer did not constitute a substantive problem in the reviewing process. Furthermore, the applicant is not within funding or alternate status range with or without the adjusted score. The applicant's score will not be adjusted. You may notify the applicant of the decision. If you have any questions or concerns, please contact me via e-mail at DDRA @ed.gov.

The DDRA program is highly competitive, and we encourage the applicant to apply again next year. We wish her all the best in future endeavors and appreciate your continued support of the DDRA program.

Sincerely,

*Pamela Maimer*

Pamela J. Maimer, Ph.D.
Senior Program Officer, International Studies Division
International and Foreign Language Education (IFLE) office

400 Maryland Avenue, S.W., Washington, DC  20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*