# Exhibit 7

Status:     Submitted
Last Updated:    03/27/2020 11:36 AM

# Technical Review Coversheet

**Applicant:**  Edgar J Ulloa Lujan (P022A200055-003)
**Reader #1:**   **********

|  | Points Possible | Points Scored |
|---|---|---|
| **Questions** | | |
| **Quality of Proposed Project** | | |
| **Quality of Proposed Project** | | |
| 1. Proposed Project | 60 | 43 |
| **Sub Total** | 60 | 43 |
| **Qualifications of the Applicant** | | |
| **Qualifications of the Applicant** | | |
| 1. Applicant | 40 | 24 |
| **Sub Total** | 40 | 24 |
| **General Comments** | | |
| **General Comments** | | |
| 1. General Comments | 0 | 0 |
| **Sub Total** | 0 | 0 |
| **Priority Questions** | | |
| **Competitive Preference Priority** | | |
| **Priority Languages** | | |
| 1. Preference Priority | 2 | 0 |
| **Academic Fields** | | |
| 1. Preference Priority | 3 | 0 |
| **Sub Total** | 5 | 0 |
| **Total** | 105 | 67 |

# Technical Review Form

**Panel #6 - East Asia 2 - 1: 84.022A**

**Reader #1:**     **********
**Applicant:**    Edgar J Ulloa Lujan (P022A200055-003)

**Questions**

**Quality of Proposed Project - Quality of Proposed Project**

1. **Quality of Proposed Project -** The Secretary reviews each application to determine the quality of the research project proposed by the applicant. The Secretary considers:

**Reader's Score:**    43

  Sub

1. **The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used.**

   **Strengths:**

   The applicant proposed an interesting project to explore narco-orientalism and how the so-called "Drug War" is the continuation of narco-orientalism, a perspective of analysis and criticism on discursive and oriental aesthetics in drug narratives representations for six months of research in Spain and the United Kingdom. The project will utilize archival research and will conduct an investigation on the colonial history (Great Britain in China), by consulting confidential prints, various artifacts, and the merchant letters of Robert Louis Stevenson's pharmacist Gilbert Farie.

   **Weaknesses:**

   The applicant did not clearly describe or justify project research hypothesis although he very briefly mentioned about his hypothesis on the Mexican narco-orientalist aesthetics. Nor did he clearly describe project research methods; currently, the research method description in the application is too vague or broad.

**Reader's Score:**    7

2. **The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline.**

   **Strengths:**

   The applicant properly reviewed related literature about the "Formulations of a Medium--The Rise of Video in Japanese Art". The project is important because it will potentially contribute to informing global understandings of the medium through Japanese artists' international connections. The project will also help address the breadth of the conversations and collaborations between and amongst the artists such as Imai Norio and communities.

   **Weaknesses:**
   None noted.

**Sub**

**Reader's Score:**    10

3. **The preliminary research already completed in the United States and overseas or plans for such research prior to going overseas, and the kinds, quality and availability of data for the research in the host country or countries.**

   **Strengths:**

   The applicant conducted related preliminary research including literature review. He has conducted research in the Biblioteca Vasconcelos (Mexico, DF), The Central Library of the National Autonomous University of Mexico (UNAM), and in the Cineteca Nacional in México. He also has visited the British Library (London), where he examined history books on the Opium wars and Thomas De Quincey to enrich my bibliography, the Museum of Drug Policy (London), the Royal Pharmaceutical Society Museum, and the London Museums of Health and Medicine.

   **Weaknesses:**

   The applicant did not include details such as the year of any multiple trips he had to Spain and/or the United Kingdom although he briefly described his related visits to Spain and the United Kingdom.

   **Reader's Score:**    7

4. **The justification for overseas field research, and preparations to establish appropriate and sufficient research contacts and affiliations abroad.**

   **Strengths:**

   The applicant properly justified why and how he would carry out his project in Spain and the United Kingdom. He described and justified why he needs to visit and access a variety of related museums in Spain and the United Kingdom. He registered with British Library to request access while abroad.

   **Weaknesses:**

   The applicant did not identify any professors in the host countries. Nor did he include any support letters for advising while abroad.

   **Reader's Score:**    5

5. **The applicant's plans to share the results of the research in progress and a copy of the dissertation with scholars and officials of the host country or countries.**

   **Strengths:**

   The applicant described a variety of plans such as presentation and publications to share the results of the research in progress while abroad. He planned to disseminate his findings at conferences and symposia such as at the conference GRAPHSY 2020, to be held on February 21 at Georgetown University. He planned to donate a copy of the dissertation with scholars archivists in in Spain and the United Kingdom.

   **Weaknesses:**

   None noted.

   **Reader's Score:**    5

Sub

6. **The guidance and supervision of the dissertation advisor or committee at all stages of the project, including guidance in developing the project, understanding research conditions abroad, and acquainting the applicant with research in the field.**

   **Strengths:**

   The applicant described how he formulated his project based on guidance and supervision of the dissertation advisors Alejandro Yarza and Vivaldo Santos. The applicant's references also mentioned how they advised the applicant to develop the dissertation project. He planned to engage with Profs. Santos and Yarza via Skype, not only to discuss and review my findings but also to situate them in relation to the two pillars of narco-orientalism. He also plans to share a copy of his final dissertation with the scholars and archivists in Spain and the United Kingdom.

   **Weaknesses:**

   The applicant did not describe in detail how often he would receive electronic feedback from his advisor and committee while abroad.

   **Reader's Score:**     9

**Qualifications of the Applicant - Qualifications of the Applicant**

1. **Qualifications of the Applicant - The Secretary reviews each application to determine the qualifications of the applicant. The Secretary considers:**

**Reader's Score:**     24

   Sub

   1. **The overall strength of the applicant's graduate academic record.**

      **Strengths:**

      The applicant's graduate academic record is strong in terms of grades earned. He completed related curriculum in Spanish Literature and Culture.

      **Weaknesses:**

      The applicant did not include his PhD transcript.

      **Reader's Score:**     8

   2. **The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project.**

      **Strengths:**

      The applicant's master's academic record demonstrates a strength in Spanish Literature and Culture relevant to the proposed project. He also has related work, teaching, and research experiences.

      **Weaknesses:**

      The applicant's 1-page CV is too brief. Additionally, the applicant did not include his PhD transcript.

**Sub**

**Reader's Score:** 7

3. **The applicant's proficiency in one or more of the languages (other than English and the applicant's native language) of the country or countries of research, and the specific measures to be taken to overcome any anticipated language barriers.**

    **Strengths:**

    The applicant is a bilingual speaker of Spanish (native) and English. He anticipates no language barriers during his investigations while abroad.

    **Weaknesses:**

    The applicant did not include language assessment results in English in either a numeric format or a letter format. This is consistent with the selection criteria.

    **Reader's Score:** 5

4. **The applicant's ability to conduct research in a foreign cultural context, as evidenced by the applicant's references or previous overseas experiences, or both.**

    **Strengths:**

    The applicant is able to conduct the proposed research in Japan. He had visits to Spain and the United Kingdom although the details of them are not clear. All of his references are supportive of his project.

    **Weaknesses:**

    Not all of the applicant's references rated him very strongly to carry out the proposed project.

    **Reader's Score:** 4

**General Comments - General Comments**

1. **Please provide general comments.**

    **General:**

    The applicant proposed an interesting project to explore whether the Japanese video art scene is key to understanding global video art and the nature of the analogue medium. The project is important because it will potentially contribute to informing global understandings of the medium through Japanese artists' international connections.

**Reader's Score:** 0

**Priority Questions**

**Competitive Preference Priority - Priority Languages**

1. **We award an additional two (2) points to an application if it meets this priority:**

    **A research project that focuses on any modern foreign language except French, German, or Spanish.**
    **Note: The score will be EITHER TWO (2) OR ZERO (0). Do not enter any other number.**

**General:**

English and Spanish are not  priority languages.

**Reader's Score:**   0

**Competitive Preference Priority - Academic Fields**

1. **We award an additional three (3) points to an application if it meets this priority:**

   **A research project conducted in the field of science, technology, engineering, mathematics, computer science, education (comparative or international), international development, political science, public health, or economics.**
   **Note:  Applicants that address Competitive Preference Priority 2 must intend to engage in full-time dissertation research abroad in modern foreign languages and area studies with a thematic focus on any one of the academic fields referenced above.**
   **Note: The score will be EITHER THREE (3) OR ZERO (0). Do not enter any other number.**

   **General:**

   Spanish Literature and Culture is not a priority field.

**Reader's Score:**   0

**Status:**        Submitted
**Last Updated:**  03/27/2020 11:36 AM