Exhibit 9

From: **Maimer, Pamela** <Pamela.Maimer@ed.gov>
Date: Thu, Aug 13, 2020 at 3:27 PM
Subject: RE: P022A200055--Georgetown University U.S. Department of Education Fellowships Awarded Under the Fiscal Year 2020 Fulbright-Hays Doctoral Dissertation Research Abroad Program
To: Katie Li <Katie.Li@georgetown.edu>
Cc: Maria Snyder <Maria.Snyder@georgetown.edu>

Maria and Katie, thank you for your emails.  Upon review of the applications and Technical Review Forms, we have concluded the following.

**Jakob Burnham**—The comment in 1.1 "The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used" was awarded the maximum points (15) by Reviewer #2. Therefore, no change is warranted. Additionally, as both reviewers scored the document in the high 90s (99 and 96,respectively) no changes will be made.

**Edgar Ulloa**—The comment under review in 1.2 *"The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline"* was awarded the maximum points (10). The same issue was raised in *General Comments,* but *General Comments* are not assigned points and do not affect the overall score. No changes will be made.

On review of the transcript documentation for Mr. Ulloa, it is concluded that one of the transcripts submitted was incomplete because it did not identify the university name or address. Because the transcript did not include this information, it could not be verified.  The Department does not find an issue with the Reviewer's Comments or the score in 2.1 *The overall strength of the applicant's graduate academic record* and 2.2 *The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project.* Furthermore, the total scores from the two reviewers were 67 and 68, for an overall average score of 67.5. No changes will be made and the average score is not in the funding range.

If you have any additional questions, please contact me via e-mail at DDRA@ed.gov.  We appreciate your continued assistance in the administration of the DDRA program.

Sincerely,

Dr. Pamela J. Maimer

Senior Program Manager, International Studies Division

International and Foreign Language Education (IFLE)

U.S. Department of Education

Office of Postsecondary Education/IFLE

400 Maryland Ave, SW, Washington, DC 20202

direct   | ☎   202.453.6891
fax      | 🖨   202.453.6742
email    | 📧   pamela.maimer@ed.gov

Webpage: http://www.ed.gov/ope/iegps

Twitter | YouTube | Newsletter

Keep Calm and Wash Your Hands!

"The past is gone, the future is not here, now I am free of both. Right now, I choose joy."-- Deepak Chopra



From: **Katie Li** <Katie.Li@georgetown.edu>
Date: Tue, Aug 11, 2020 at 10:58 AM
Subject: Re: P022A200055--Georgetown University U.S. Department of Education Fellowships Awarded Under the Fiscal Year 2020 Fulbright-Hays Doctoral Dissertation Research Abroad Program
To: Maimer, Pamela <Pamela.Maimer@ed.gov>
Cc: Maria Snyder <Maria.Snyder@georgetown.edu>


Dear Dr. Maimer,

I'm sorry to write again, but we have learned that there were also issues with the review form for our third applicant, Edgar Ulloa Lujan. His name is listed as the applicant, but the first reviewer mentions Japanese video art several times, which was not part of Edgar's proposed research. The first review form also mentions that his Ph.D. transcript was missing, but it was included in his application. Could you please look into Edgar's evaluation in addition to Jakob Burnham's?

   Thank you!
   Katie