Exhibit 10

Status: Submitted
Last Updated: 06/07/2021 11:16 AM

# Technical Review Coversheet

**Applicant:** Edgar J Ulloa Lujan (P022A210053-001)
**Reader #1:** **********

| | | Points Possible | Points Scored |
|---|---|---|---|
| **Questions** | | | |
| **Quality of Proposed Project** | | | |
|   **Quality of Proposed Project** | | | |
|     1. Proposed Project | | 60 | 37 |
| | Sub Total | 60 | 37 |
| **Qualifications of the Applicant** | | | |
|   **Qualifications of the Applicant** | | | |
|     1. Applicant | | 40 | 22 |
| | Sub Total | 40 | 22 |
| **General Comments** | | | |
|   **General Comments** | | | |
|     1. General Comments | | 0 | 0 |
| | Sub Total | 0 | 0 |
| **Priority Questions** | | | |
| **Competitive Preference Priority** | | | |
|   **Priority Languages** | | | |
|     1. Preference Priority | | 2 | 0 |
|   **Academic Fields** | | | |
|     1. Preference Priority | | 3 | 0 |
| | Sub Total | 5 | 0 |
| | **Total** | 105 | 59 |

# Technical Review Form

**Panel #11 - Western Hemisphere 2 - 1: 84.022A**

**Reader #1:**      \*\*\*\*\*\*\*\*\*\*
**Applicant:**    Edgar J Ulloa Lujan (P022A210053-001)

**Questions**

**Quality of Proposed Project - Quality of Proposed Project**

1. **Quality of Proposed Project - The Secretary reviews each application to determine the quality of the research project proposed by the applicant. The Secretary considers:**

**Reader's Score:**     37

   **Sub**

1. **The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used.**

   **Strengths:**

   Applicant is in the field of literary and cultural studies. Applicant is proposing to examine how Chinese stereotypes have been depicted in narcoculture through television and films, and moreover, how these stereotypes arose as a result of historical discrimination against Asian-descended peoples across the Spanish empire and, later, the Mexican nation. As such, the applicant is proposing to examine the confluence of history and contemporary media, as well as of narcoculture and Orientalist stereotypes. Applicant proposes to visit many different archives and collections in Spain and the UK.

   **Weaknesses:**

   While the proposed hypothesis, to explore the historical origins of Chinese stereotypes in modern media, is important and interesting, the applicant does not appear to have the training in the discipline of history to undertake much of the archival research they propose. Moreover, the methodologies the applicant proposes—visiting many different collections and archives over the course of seven months—is overly ambitious. The scope of their project needs to be narrowed down. It is also unclear how they will connect historical sources with contemporary media sources. It would have been helpful for the applicant to have expounded upon the four stages of their ongoing research in the body of the application, instead of in a footnote, so as to better understand how they will bring together the many different ideas they present in their project description.

   **Reader's Score:**     9

2. **The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline.**

   **Strengths:**

   The applicant will use Edward Said's famous theoretical framing of Western Orientalism and bring this framing to bear on contemporary visual media sources. They propose to bring together two different disciplines and literary corpuses: that of narcoculture and narco narratives, especially those in Great Britain, on the one hand, and historical literature that has been written about Chinese immigration to Mexico, on the other.

**Sub**

**Weaknesses:**

While the applicant explains the historical connections between China and the UK well, it is unclear how they will bring together these diverse research sites—that of Mexico, Spain, and the UK, and why the applicant has chosen to examine narco-representations in British media, specifically. In terms of literature they hope to contribute to, the applicant needs to narrow their focus.

**Reader's Score:** 7

3. **The preliminary research already completed in the United States and overseas or plans for such research prior to going overseas, and the kinds, quality and availability of data for the research in the host country or countries.**

    **Strengths:**

    The applicant has already conducted research in Mexico, Spain, and the UK. They list many different collections that they expect to consult in both the UK and Spain, explaining how much of this information can only be accesses in-situ. The applicant also includes various documents displaying how they have reached out to librarians and researchers, presumably to see whether they could access their collections for their research.

    **Weaknesses:**

    Applicant proposes to conduct research in too many sites to make this project feasible. It is difficult to discern from the applicant's numerous supporting documents which collections they intend to focus on during their research.

    **Reader's Score:** 7

4. **The justification for overseas field research, and preparations to establish appropriate and sufficient research contacts and affiliations abroad.**

    **Strengths:**

    The applicant explains how they need to be in the UK and Spain to access their un-digitized records.

    **Weaknesses:**

    While the applicant includes many different exchanges between themselves and researchers who work in the research sites where they propose to conduct research, it is unclear which, if any, of these will be supporting the applicant's research while they are working abroad. There are no official letters of affiliation included in the application from either Spain or the UK.

    **Reader's Score:** 4

5. **The applicant's plans to share the results of the research in progress and a copy of the dissertation with scholars and officials of the host country or countries.**

    **Strengths:**

    The applicant outlines their plans to share their research with institutions and conferences in Latin America, the UK, Spain, and the U.S.

    **Weaknesses:**

    No weaknesses noted.

**Sub**

**Reader's Score:** 5

6. **The guidance and supervision of the dissertation advisor or committee at all stages of the project, including guidance in developing the project, understanding research conditions abroad, and acquainting the applicant with research in the field.**

    **Strengths:**

    The applicant states that their committee has shaped their project. They explain how they will send monthly reports to committee members while they are conducting research.

    **Weaknesses:**

    The applicant does not go into detail about how the committee have brought their areas of expertise to bear on the project. It is unclear, for example, whether any of them work on issues related to narcoculture.

    **Reader's Score:** 5

**Qualifications of the Applicant - Qualifications of the Applicant**

1. **Qualifications of the Applicant - The Secretary reviews each application to determine the qualifications of the applicant. The Secretary considers:**

**Reader's Score:** 22

**Sub**

1. **The overall strength of the applicant's graduate academic record.**

    **Strengths:**

    The applicant has a strong academic record.

    **Weaknesses:**

    The letters of reference suggest that the applicant could improve their abilities to communicate clearly in writing and speech.

    **Reader's Score:** 9

2. **The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project.**

    **Strengths:**

    The applicant has studied Latin American literature, media, and culture extensively.

    **Weaknesses:**

    The applicant does not appear to have training in history, which will be necessary for them to conduct archival research and connect history to contemporary media studies.

Sub

**Reader's Score:      8**

3. **The applicant's proficiency in one or more of the languages (other than English and the applicant's native language) of the country or countries of research, and the specific measures to be taken to overcome any anticipated language barriers.**

    **Strengths:**

    No strengths noted.

    **Weaknesses:**

    Applicant is a native Spanish speaker, and will be using English and Spanish in their research. Therefore, they do not meet the language requirements for the Fulbright DDRA.

    **Reader's Score:      0**

4. **The applicant's ability to conduct research in a foreign cultural context, as evidenced by the applicant's references or previous overseas experiences, or both.**

    **Strengths:**

    The applicant has conducted previous research abroad and has worked extensively in inter-cultural and bi-lingual environments.

    **Weaknesses:**

    No weaknesses noted.

    **Reader's Score:      5**

**General Comments - General Comments**

1. **Please provide general comments.**

    **General:**

    Applicant is in the field of literary and cultural studies. Applicant is proposing to examine how Chinese stereotypes have been depicted in narcoculture through television and films, and moreover, how these stereotypes arose as a result of historical discrimination against Asian-descended peoples across the Spanish empire and, later, the Mexican nation. As such, the applicant is proposing to examine the confluence of history and contemporary media, as well as of narcoculture and Orientalist stereotypes. Applicant proposes to visit many different archives and collections in Spain and the UK. While the proposed hypothesis, to explore the historical origins of Chinese stereotypes in modern media, is important and interesting, the applicant does not appear to have the training in the discipline of history to undertake much of the archival research they propose. Moreover, the methodologies the applicant proposes—visiting many different collections and archives over the course of seven months—seems overly ambitious. It is also unclear how they will connect historical sources with contemporary media sources. It would have been helpful for the applicant to have expounded upon the four stages of their ongoing research in the body of the application, instead of in a footnote, so as to better understand how they will bring together the many different ideas they present in their project description. The applicant will use Edward Said's famous theoretical framing of Western Orientalism and bring this framing to bear on contemporary visual media sources. They propose to bring together two different disciplines and literary corpuses: that of narcoculture and narco narratives, especially those in Great Britain, on the one hand, and historical literature that has been written about Chinese immigration to Mexico, on the other. While the applicant explains the historical connections between China and the UK well, it is unclear how they will bring together these diverse research sites—that of Mexico, Spain, and the UK—together, and why the applicant has chosen to examine narco-representations in British media, specifically. The applicant has conducted preliminary research in their main research sites, and includes evidence of exchanges between themselves

and institutions abroad. But they do not include official letters of affiliation from these institutions. The applicant could have explained more clearly how their committee has shaped their project thus far. Moreover, as a native Spanish speaker, the applicant does not meet the language requirements for the DDRA.

**Reader's Score:**      0


**Priority Questions**

**Competitive Preference Priority - Priority Languages**

1. **We award an additional two (2) points to an application if it meets this priority:**

   **A research project that focuses on any modern foreign language except French, German, or Spanish.
   Note: The score will be EITHER TWO (2) OR ZERO (0). Do not enter any other number.**

   General:

   No priority points awarded for language used in research.

**Reader's Score:**      0


**Competitive Preference Priority - Academic Fields**

1. **We award an additional three (3) points to an application if it meets this priority:**

   **A research project conducted in the field of science, technology, engineering, mathematics, computer science, education (comparative or international), international development, political science, public health, or economics.
   Note:  Applicants that address Competitive Preference Priority 2 must intend to engage in full-time dissertation research abroad in modern foreign languages and area studies with a thematic focus on any one of the academic fields referenced above.
   Note: The score will be EITHER THREE (3) OR ZERO (0). Do not enter any other number.**

   General:

   No priority points awarded for field of study.

**Reader's Score:**      0

---

**Status:**         Submitted
**Last Updated:**   06/07/2021 11:16 AM