Exhibit 11

Status:        Submitted
Last Updated:        06/07/2021 11:16 AM

# Technical Review Coversheet

**Applicant:**    Edgar J Ulloa Lujan (P022A210053-001)
**Reader #2:**        **********

|  |  | Points Possible | Points Scored |
|---|---|---|---|
| **Questions** | | | |
| **Quality of Proposed Project** | | | |
| **Quality of Proposed Project** | | | |
| **1.** Proposed Project | | 60 | 35 |
| | **Sub Total** | 60 | 35 |
| **Qualifications of the Applicant** | | | |
| **Qualifications of the Applicant** | | | |
| **1.** Applicant | | 40 | 22 |
| | **Sub Total** | 40 | 22 |
| **General Comments** | | | |
| **General Comments** | | | |
| **1.** General Comments | | 0 | 0 |
| | **Sub Total** | 0 | 0 |
| | | | |
| **Priority Questions** | | | |
| **Competitive Preference Priority** | | | |
| **Priority Languages** | | | |
| **1.** Preference Priority | | 2 | 0 |
| **Academic Fields** | | | |
| **1.** Preference Priority | | 3 | 0 |
| | **Sub Total** | 5 | 0 |
| | | | |
| | **Total** | 105 | 57 |

7/16/21 3:12 PM

# Technical Review Form

**Panel #11 - Western Hemisphere 2 - 1: 84.022A**

**Reader #2:**       * * * * * * * * * *

**Applicant:**    Edgar J Ulloa Lujan (P022A210053-001)

**Questions**

**Quality of Proposed Project - Quality of Proposed Project**

1. **Quality of Proposed Project - The Secretary reviews each application to determine the quality of the research project proposed by the applicant. The Secretary considers:**

**Reader's Score:**       35

Sub

1. **The statement of the major hypotheses to be tested or questions to be examined and the description and justification of the research methods to be used.**

   **Strengths:**

   The applicant proposes the utility of a new concept, "narco-orientalism", to describe the Othering of individuals of Chinese descent in Spanish and British film and literature. In doing so, the applicant how these depictions engage in narco-orientalism and both manifest and shape racist ideologies connected to the drug trade. In addition to analysis of these depictions themselves, the applicant will trace the development of such negative racial stereotypes about the Chinese over the course of centuries through analysis of archive materials.

   **Weaknesses:**

   The scope of the project is vast, particularly with regard to the historical research proposed. The applicant should consider narrowing the scope of the project in order to make it more feasible. Furthermore, the connections between the Spanish and British encounters with the Chinese is unclear, as is the connection between the United Kingdom and Mexico. Unless there are clear reasons for conducting research in and on both Spain and the United Kingdom, the project might benefit from a focus on one or the other.

   **Reader's Score:**       8

2. **The relationship of the research to the literature on the topic and to major theoretical issues in the field, and the project's originality and importance in terms of the concerns of the discipline.**

   **Strengths:**

   The applicant positions their work within a growing body of research on the drug trade and the contemporary "War on Drugs". The applicant's concept of "narco-orientalism" is a fascinating one that has the potential to guide future research on the drug trade and popular images of it.

   **Weaknesses:**

   Where the applicant's connection to existing literature seems weaker is with regard to the histories of Chinese engagement with both the United Kingdom and Spain; there is presumably a large body of literature on this so this

Sub

may be another argument for the applicant to narrow the scope of the project.

**Reader's Score:        7**

3.  **The preliminary research already completed in the United States and overseas or plans for such research prior to going overseas, and the kinds, quality and availability of data for the research in the host country or countries.**

    **Strengths:**

    The applicant has conducted preliminary research in archives in the U.S., Spain, the United Kingdom, and Mexico. The application includes what look like records of holdings of some of the necessary materials in the host countries. The applicant also provides an extensive list of archives and museums to be visited in Spain and the United Kingdom.

    **Weaknesses:**

    The applicant's list of archives and museums to be visited is long; while this suggests that there may be an abundance of materials for the applicant to work with, it may also be an indication that the applicant needs to conduct additional preliminary research to narrow the focus of the project. While the applicant has conducted preliminary research in archives in the U.S., Spain, the United Kingdom, and Mexico, it is not clear how much time the applicant spent doing this research.

    **Reader's Score:        6**

4.  **The justification for overseas field research, and preparations to establish appropriate and sufficient research contacts and affiliations abroad.**

    **Strengths:**

    The application includes email correspondence to a scholar in the United Kingdom who can facilitate research contacts to the applicant. The applicant explains in the application that some of the films and other archival materials necessary for the project are only available in the host countries, not digitally.

    **Weaknesses:**

    There are no letters of affiliation with institutions in Spain or the United Kingdom.

    **Reader's Score:        4**

5.  **The applicant's plans to share the results of the research in progress and a copy of the dissertation with scholars and officials of the host country or countries.**

    **Strengths:**

    The applicant includes a detailed plan for sharing results of the research, including a copy of the dissertation, with all of the relevant archives as well as scholars in multiple countries.

    **Weaknesses:**

    No weaknesses were noted.

    **Reader's Score:        5**

Sub

6. **The guidance and supervision of the dissertation advisor or committee at all stages of the project, including guidance in developing the project, understanding research conditions abroad, and acquainting the applicant with research in the field.**

**Strengths:**

The applicant notes the support of committee members and provides a plan for emailing monthly reports to them from the field.

**Weaknesses:**

The applicant does not describe how any of the committee members' areas of expertise guided the development of the project or the applicant's understanding of research conditions abroad. The applicant could have more clearly noted how the project developed through engagement with the committee members', including whether any study the drug trade or have research experience in the proposed site.

**Reader's Score:        5**

**Qualifications of the Applicant - Qualifications of the Applicant**

1. **Qualifications of the Applicant - The Secretary reviews each application to determine the qualifications of the applicant. The Secretary considers:**

**Reader's Score:        22**

Sub

1. **The overall strength of the applicant's graduate academic record.**

**Strengths:**

The applicant has a fairly strong graduate record, and their record of presentations demonstrates engagement in the applicant's field of study.

**Weaknesses:**

The applicant's dissertation committee members express some reservations about the applicant's communication skills and ability to express thoughts in speech and writing.

**Reader's Score:        9**

2. **The extent to which the applicant's academic record demonstrates a strength in area studies relevant to the proposed project.**

**Strengths:**

The applicant has strong training in Latin American cultural studies, including a master's degree in Spanish Language and Cultural Studies.

**Weaknesses:**

The applicant's lacks significant training in Latin American history, which is significant given the historical focus of much of the project.

Sub

**Reader's Score:**      8

3. **The applicant's proficiency in one or more of the languages (other than English and the applicant's native language) of the country or countries of research, and  the specific measures to be taken to overcome any anticipated language barriers.**

    **Strengths:**

    No strengths were noted.

    **Weaknesses:**

    The applicant is a native speaker of Spanish.

    **Reader's Score:**      0

4. **The applicant's ability to conduct research in a foreign cultural context, as evidenced by the applicant's references or previous overseas experiences, or both.**

    **Strengths:**

    The applicant has conducted preliminary in the U.S., Spain, the United Kingdom, and Mexico. Based on this, and the applicant's personal familiarity with Mexico, it seems that they will be capable of traveling and successfully conducting research abroad.

    **Weaknesses:**

    No weaknesses were noted.

    **Reader's Score:**      5

## General Comments - General Comments

1. **Please provide general comments.**

    **General:**

    This project has great potential, particularly given its development of the term "narco-orientalism" which seems one that might be seized on by other scholars of the drug trade and the "War on Drugs." However, much of the research proposed in this application—especially the archival research—seems overly ambitious, particularly for a researcher without evident training in archival research. The time frame of interest spans centuries and, while rooted in Spain and the United Kingdom, the research is truly global. In some ways, the global focus makes sense, given the drug trade and its connections to colonization and globalization. However, the specific connections the applicant aims to make in this project--between the United Kingdom, Spain, and Mexico--are not always apparent in the application. The applicant might consider which time periods or geographic spaces or economic/political relationships are most critical in the emergence of "narco-orientalism".

**Reader's Score:**      0

## Priority Questions

## Competitive Preference Priority - Priority Languages

1. **We award an additional two (2) points to an application if it meets this priority:**

**A research project that focuses on any modern foreign language except French, German, or Spanish.**
**Note: The score will be EITHER TWO (2) OR ZERO (0). Do not enter any other number.**

**General:**

The proposed project will be conducted in Spanish and English.

**Reader's Score:**       **0**

**Competitive Preference Priority - Academic Fields**

1. **We award an additional three (3) points to an application if it meets this priority:**

**A research project conducted in the field of science, technology, engineering, mathematics, computer science, education (comparative or international), international development, political science, public health, or economics.**
**Note:  Applicants that address Competitive Preference Priority 2 must intend to engage in full-time dissertation research abroad in modern foreign languages and area studies with a thematic focus on any one of the academic fields referenced above.**
**Note: The score will be EITHER THREE (3) OR ZERO (0). Do not enter any other number.**

**General:**

The proposed project is in the field of Spanish Literature and Culture.

**Reader's Score:**       **0**

---

**Status:**        Submitted
**Last Updated:**  06/07/2021 11:16 AM