IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

El Paso Division

| | |
|---|---|
| ULLOA LUJAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> *Defendants*. | CIVIL CASE NO. 3:22-cv-00159-DCG <br><br> **NOTICE REGARDING SERVICE OF PROCESS** |

**NOTICE REGARDING SERVICE OF PROCESS**

Pursuant to Federal Rule of Civil Procedure 4, Plaintiffs Ulloa Lujan and Ahmad hereby confirm to the Court that service of process has been completed as to all Defendants in this case.

The undersign counsel, Cory Liu, affirms that he caused service of process on all Defendants in this case. Attached to this notice is an affidavit from Robin Russell certifying that she served by certified mail the summons and the complaint (with exhibits) to U.S. Department of Education, Secretary Cardona, Assistant Secretary Cooper, Attorney General Garland, and the U.S. Attorney's Office for the Western District of Texas. Also attached are scanned copies of certified mail return receipts as to the U.S. Department of Education, Secretary Cardona, Attorney General Garland, and the U.S. Attorney's Office. Also attached is a screenshot of the U.S. Postal Service's website showing that service has been complete as to Assistant Secretary Cooper. The

U.S. Postal Service's website indicates that return receipts as to Assistant Secretary Cooper is in transit.

|  |  |
|---|---|
| May 19, 2022 | Respectfully submitted,<br><br>/s/ Cory R. Liu<br>Cory R. Liu<br>Texas Bar No. 24098003<br>ASHCROFT SUTTON REYES LLC<br>919 Congress Ave, Suite 1325<br>Austin, TX 78701<br>(512) 370-1800<br>cliu@ashcroftlawfirm.com<br><br>*Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, an electronic copy of the foregoing notice was filed using the CM/ECF filing system.

/s/ Cory R. Liu