IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

El Paso Division

| | |
|---|---|
| ULLOA LUJAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants.* | CIVIL CASE NO. 3:22-cv-00159-DCG<br><br>**AFFIDAVIT OF SERVICE** |

I, Robin Russell, respectfully certify that service for the above-captioned case took place as described below, which include true and correct copies of the following documents: (1) Issued Summons dated May 4, 2022; (2) Complaint For Declaratory And Injunctive, And Other Relief; and (3) Exhibits attached thereto.

On May 6, 2022, the above listed documents were sent by certified mail, return receipt Requested, to the following parties:

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Secretary Miguel Cardona
U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Assistant Secretary Michelle Asha Cooper
U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Attorney General Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Stephanie Rico, Civil Process Clerk
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

As of May 19, 2022, the U.S. Postal Service has delivered to me return receipts as to U.S. Department of Education, Secretary Cardona, Attorney General Garland, and the U.S. Attorney's Office. According to the U.S. Postal Service website, as of May 19, 2022, the documents have also been served on Assistant Secretary Cooper.

. I solemnly swear under the penalty of perjury, the above the statements are true and correct to the best of my knowledge, information, and belief.

Executed on May 19, 2022

*[signature: Robin Russell]*

Robin Russell