**Receipt 1 (top left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Stephanie Rico, Civil Process Clerk
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Stephanie Rico — Agent
B. Received by (Printed Name): Stephanie Rico   C. Date of Delivery: 5/19/22
D. Is delivery address different from item 1? No

3. Service Type: Certified Mail

2. Article Number: 7020 3160 0000 9361 9924

9590 9402 5984 0062 5150 29

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 2 (top right):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Aubrey Stallings — Agent
B. Received by (Printed Name): Aubrey Stallings   C. Date of Delivery: 5-11-22

3. Service Type: Certified Mail

2. Article Number: 7020 3160 0000 9361 9955

9590 9402 5984 0062 5155 62

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 3 (bottom left):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Secretary Miguel Cardona
U.S. Dept. of Education
400 Maryland Ave. SW
Washington, DC 20202

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name): [illegible]

3. Service Type: Certified Mail

2. Article Number: 7020 3160 0000 9361 9917

9590 9402 5984 0062 5155 00

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 4 (bottom right):**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Attorney General Merrick Garland
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
B. Received by (Printed Name): [stamp] MAY 12 2022

3. Service Type: Certified Mail

2. Article Number: 7020 3160 0000 9361 9948

9590 9402 7229 1284 5094 49

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt