# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000093619993

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:09 am on May 11, 2022 in WASHINGTON, DC 20202.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

May 11, 2022 at 8:09 am
WASHINGTON, DC 20202

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback