UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
July 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MC_____
DEPUTY

| | |
|---|---|
| **EDGAR ULLOA LUJAN and SAMAR AHMAD,** § § § *Plaintiffs,* § v. § § **UNITED STATES DEPARTMENT OF EDUCATION, MIGUEL CARDONA,** *in his official capacity as Secretary of the U.S. Department of Education,* **and MICHELLE ASHA COOPER,** *in her official capacity as Assistant Secretary of Postsecondary Education of the U.S. Department of Education,* § § § § § § § § § *Defendants.* § | **Case No. 3:22-CV-00159-DCG** |

## ORDER WITHDRAWING MOTION AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiff Samar Ahmad filed a Motion for Preliminary Injunction (ECF No. 14) asking the Court to enjoin Defendants U.S. Department of Education, Miguel Cardona, and Michelle Asha Cooper from applying 34 C.F.R. § 662.21(c)(3) to the review of Ahmad's 2022 application for the Fulbright-Hays Doctoral Dissertation Research Abroad Fellowship. The parties have now filed a stipulation to withdraw Ahmad's motion for a preliminary injunction because Defendants have agreed to provide the relief Ahmad sought in her motion. ECF No. 18 ¶¶ 6–7. To provide a better backdrop for further settlement negotiations, the parties also seek a 60-day extension of Defendants' obligation to answer or otherwise respond to the complaint. *Id.* ¶ 9.

**IT IS ORDERED** that Plaintiff Samar Ahmad's Motion for Preliminary Injunction (ECF No. 14) is **WITHDRAWN**.

- 2 -

**IT IS FURTHER ORDERED** that Defendants U.S. Department of Education, Miguel Cardona, and Michelle Asha Cooper's obligation to answer or otherwise respond to Plaintiffs' Complaint is **DEFERRED** until **September 16, 2022**.

So **ORDERED** and **SIGNED** this 19th day of July 2022.

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**