UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **EDGAR ULLOA LUJAN, SAMAR AHMAD** and **VERONICA GONZALEZ,** | § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § § | |
| **UNITED STATES DEPARTMENT OF EDUCATION, MIGUEL CARDONA**, *in his official capacity as Secretary of the U.S. Department of Education*, **and MICHELLE ASHA COOPER,** *in her official capacity as Assistant Secretary of Postsecondary Education of the U.S. Department of Education*, | § § § § § § § § § | **Case No. 3:22-CV-00159-DCG** |
| *Defendants*. | § | |

## ORDER GRANTING EXTENSION OF TIME AND REQUIRING A JOINT ADVISORY

Defendants seek a one-week extension of time to file their response to Plaintiffs' Motion for Preliminary Injunction. The Court **GRANTS** Defendants' "Consent Motion for Extension of Time" (ECF No. 27). Defendants **SHALL FILE** a response by **January 24, 2023**.

Defendants' deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint is **EXTENDED** to 30 days following the Court's decision on Plaintiffs' Motion for Preliminary Injunction.

Separately, the parties request a somewhat expedited decision on Plaintiffs' Motion for Preliminary Injunction but seem to disagree about when the Court should issue a decision. *Compare* Mot. Prelim. Inj., ECF No. 25 at 2 (arguing a decision is necessary by March 1, 2023), *with* Mot. Extension Time, ECF No. 27 at 3 (stating the application cycle has "not yet begun" and the "review process takes approximately seven months"). The Court thus **ORDERS** the

parties to **JOINTLY FILE** an advisory, by **January 13, 2023**, explaining by when they think the Court should rule on Plaintiffs' Motion for Preliminary Injunction.  If the parties disagree over a suggested timeline, they may note their areas of disagreement in their joint filing.

     **So ORDERED and SIGNED this 5th day of January 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**