UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **EDGAR ULLOA LUJAN, SAMAR AHMAD** and **VERONICA GONZALEZ,** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **UNITED STATES DEPARTMENT OF EDUCATION, MIGUEL CARDONA,** *in his official capacity as Secretary of the U.S. Department of Education*, **and NASSER H. PAYDAR,** *in his official capacity as Assistant Secretary of Postsecondary Education of the U.S. Department of Education*, | § § § § § § § § § § § | **3:22-CV-00159-DCG** |
| *Defendants*. | § | |

## ORDER DISMISSING CASE AND EXTENDING DEADLINE

The parties in the above-captioned case have filed a Stipulated Dismissal.[1] In their Dismissal, the parties indicate that they "stipulate to the dismissal of all substantive claims in this litigation."[2] Even so, the parties maintain that as the "sole remaining issue in this case," they must still determine "whether Plaintiffs are entitled to recovery of attorneys' fees and costs . . . under the Equal Access to Justice Act (EAJA)"[3]

Under the EAJA, an application for fees and costs must be submitted "within thirty days of final judgment in the action."[4] A "'final judgment' means a judgment that is final and *not*

---

[1] Dismissal, ECF No. 44.
[2] *Id.* at 2.
[3] Dismissal at 2.
[4] 28 U.S.C. § 2412(d)(1)(B).

appealable."[5]  Where, as here, the parties have voluntarily dismissed the case, the thirty-day filing period begins once the court grants the voluntary dismissal.  Thus, the parties' deadline to apply for fees and costs is April 3, 2024.

In their jointly filed Motion to Extend, the parties ask the Court to extend this deadline by sixty days so that the parties may engage in meaningful settlement negotiations.[6]

The Court GRANTS the parties' "Joint Motion to Extend Deadline for Plaintiffs to Submit an Application for Attorneys' Fees and Expenses Under the Equal Access to Justice Act" (ECF No. 45) and extends the deadline to June 3, 2024.

The Court thus **EXTENDS** the deadline for the parties to file an application for fees and costs by **SIXTY DAYS**.  Plaintiffs **SHALL FILE** an application for fees by **June 3, 2024**.

The Court further **DISMISSES** and **CLOSES** this case.

**So ORDERED and SIGNED this 4th day of March 2024.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[5] 28 U.S.C. § 2412(d)(2)(G) (emphasis added); *see also Briseno v. Ashcroft*, 291 F.3d 377, 379 (5th Cir. 2002) ("For EAJA fee applications . . ., the order must be final and *not* appealable.").

[6] Mot. Extend at 2.